UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21749-CIV-GOLD/MCALILEY

THE POOLE AND KENT COMPANY,
a Maryland corporation,

    Plaintiff,

v.

TETRA TECH, INC., *et al.*,

and all consolidated and third-party actions.
_____/

## ORDER REQUIRING RESPONSE TO DISCOVERY MOTION

Defendants have filed a motion to quash a subpoena duces tecum served on its insurer, American International Specialty Lines Insurance Company [DE 207]. The Court has reviewed the motion and has determined that a response is required to resolve the motion. Accordingly, it is ORDERED that:

Plaintiff shall a response to the motion no later than Friday, September 10, 2010. The Court will review the response and either rule on the Motion, or issue an order placing the motion on its next available discovery calendar.

DONE and ORDERED in chambers in Miami, Florida this 2nd day of September, 2010.

                                              CHRIS McALILEY
                                              UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Alan S. Gold
Counsel of record